UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MATTHEW KEMP | CIVIL ACTION NO. 20-1510 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| PAYTON SPARKS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, together with the written Objection [Doc. No. 8] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Matthew Kemp's claims are **DISMISSED** as untimely, frivolous, and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 7th day of January, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE